JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Hiscox Insurance Company Inc. ; | Warden Grier LLP ; |
| 5 Incorporated and Principal Place of Business in Another State; Illinois | 4 Incorporated or Principal Place of Business in This State; |
| **County of Residence:** Outside This District | **County of Residence:** Jackson County |

Additional Plaintiff(s):
Hiscox Syndicates Limited ;
6 Foreign Nation;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Daniel E Blegen ( Hiscox Insurance Company Inc.)
German May PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
**Phone:** 816-471-7700
**Fax:**
**Email:** danb@germanmay.com

Benjamin Mooneyham ( Hiscox Syndicates Limited)
German May PC
1201 Walnut, Suite 2000
, Missouri 64106
**Phone:** 816-471-7700
**Fax:**
**Email:** benm@germanmay.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 5 Incorporated and Principal Place of Business in Another State
    **Defendant:** 4 Incorporated or Principal Place of Business in This State

**Origin:** 1. Original Proceeding

Case 4:20-cv-00237-NKL   Document 1-1   Filed 03/27/20   Page 1 of 2

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** 28 U.S.C. § 1332 - Defendant had a data breach and did not inform Plaintiffs of their data at risk.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 1,500,000

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Daniel E. Blegen

**Date:** 3/27/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.