**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **HISCOX INSURANCE COMPANY** | ) | |
| **INC. et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 4:20-CV-00237-NKL** |
| **vs.** | ) | |
| | ) | **March 28, 2022** |
| **WARDEN GRIER, LLP,** | ) | |
| | ) | **Day ONE** |
| **Defendant.** | ) | |
| | ) | |

**MINUTES OF JURY TRIAL**

Honorable Nanette K. Laughrey presiding at Kansas City, Missouri.

Time: 8:35 a.m. - 5:09 p.m.
**Appearances:**
Plaintiff by: Daniel Blegen & Michael Seitz
Defendants by: Robert Horn & Andrea McMurtry

| Remarks | Witness Testifying |
|---|---|
| Pretrial Conference held at 8:35 a.m. – 8:55 a.m. | |
| Voir dire began at 9:12 a.m. Panel sworn and questioned by the Court. Individual voir dire conducted. Preemptory strikes made by the parties. Court in recess 11:43 a.m. | |
| The selected jurors were seated at 11:59 a.m. and sworn. Jury instructions read to the jury. | |
| Break 12:11 p.m. – 1:11 p.m. | |
| Court reconvenes at 1:11 p.m. Opening statements presented by the parties. Plaintiff from 1:12 p.m. to 1:31 p.m. Defendant from 1:32 p.m. – 1:59 p.m. | |
| The plaintiff began presenting evidence at 2:00 p.m.<br><br>Break 3:02 p.m. – 3:16 p.m.<br><br>Court reconvenes at 3:25 p.m. Plaintiff plays direct examination of deposition designation of David Nevetta.<br><br>Court in recess at 5:09 p.m. and will reconvene at 9:00 a.m. on 03/29/2022. | Jeremy Pinchin<br>Direct, 2:00 p.m. -3:01 p.m.<br>Cross, 3:25 p.m. – 3:46 p.m.<br><br>Deposition of David Nevetta<br>Direct, 3:50 p.m. - 5:03 p.m. |

Court Reporter: Katie Wirt
Courtroom Deputy: Tania Lock

Case 4:20-cv-00237-NKL   Document 156   Filed 03/28/22   Page 1 of 1