IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY INC., et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) Case No. 4:20-CV-0237-NKL |
| WARDEN GRIER, LLP, | ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

**X**  Jury Verdict.  This action came before the Court for a trial by jury.

   Decision by Court.  This action came before the Court.  The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED

Pursuant to the jury verdict rendered on March 31, 2022 the jury found in favor of Defendant, Warden Grier.

Date: March 31, 2022

PAIGE WYMORE-WYNN
Clerk of Court

s/ TANIA LOCK
By: Tania Lock, Courtroom Deputy